UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM ASH, III ,

       Plaintiff,

v.                                                        Case No: 8:15-cv-2679-T-27JSS

NATIONAL CREDIT ADJUSTERS, LLC,

       Defendant.
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NATIONAL CREDIT ADJUSTERS, LLC** in Tampa, Florida on the 29th day of December, 2015.

                                                   SHERYL L. LOESCH, CLERK

                                                   s/B. Sohn, Deputy Clerk

Copies furnished to:

Counsel of Record