# Exhibit A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**WILLIAM ASH, III,**

**Plaintiff,** **CASE NO. 8:15-cv-2679-T-27JSS**

**vs.**

**NATIONAL CREDIT ADJUSTERS, LLC**

**Defendant.**

---

**DECLARATION OF RYAN HASANBASIC IN SUPPORT OF**
**<u>PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT</u>**

---

1. In or around May 2007, I graduated from Stetson University College of Law.

2. I worked as an associate for Phelps Dunbar LLP upon my formal admission to the Florida bar.

3. I was an attorney at Phelps Dunbar from September, 2007 until March, 2011 when I voluntarily left Phelps Dunbar to form Disparti Fowkes & Hasanbasic, P.A. During my time at Phelps Dunbar I worked in the litigation department. In this capacity I litigated a variety of cases.

4. I currently work as a partner at the law firm of Disparti Fowkes & Hasanbasic, P.A.

5. Since I joined Disparti Fowkes & Hasanbasic, P.A., I have primarily represented consumers in consumer rights actions. I have filed and successfully litigated numerous consumer cases across the State of Florida, in both state and federal court, including unfair collection practices cases and one class action for violations of the Fair Debt Collection Practices Act (FDCPA) and Florida Consumer Collection Practices Act (FCCPA).

6. I have successfully pursued numerous FDCPA and/or FCCPA claims, including class actions, on behalf of Florida consumers.

7. I have previously been deemed to be an adequate class counsel by the Court in the Middle District of Florida in a class representation claim involving alleged FDCPA violations. *See Klewinowski v. MFP, Inc.*, 8:13-cv-1204-T-33TBM, 2013 WL 5177865 (M.D. Fla. Sept. 12, 2013 (stating that "[t]he Court likewise determines that Plaintiff's counsel are adequate representatives for prosecuting this [FDCPA] action on a class-wide basis").

8. My hourly rate is $275.00 per hour, which has been approved previously in an FDCPA action by the Middle District of Florida. *See Klewinowski v. MFP, Inc.*, 8:13-cv-1204-T-33TBM, 2014 WL 1418263, at *1-2 (M.D. Fla. Apr. 11, 2014) (approving counsel's fees which were requested at an hourly rate of $275.00)

9. I expended 9.6 hours in reasonable attorney time in the case of *William Ash, III v. National Credit Adjusters, LLC,* 8:15-cv-2679-T-27JSS. A copy of the Attorney Time Ledger in the *Steel* case is attached as ***Exhibit 1*** to this Declaration.

Ryan C. Hasanbasic

1/4/16
Date

# *Exhibit 1*

**ATTORNEY TIME LEDGER**

Client: William Ash, III
Opposing side: National Credit Adjusters, LLC
File Opened: November 10, 2015
Matter Description: William Ash, III v. National Credit Adjusters, LLC

**LEGAL SERVICES RENDERED**

| Attorney | Work Performed | Date | Time |
|---|---|---|---|
| R. Hasanbasic | Conference with client to discuss facts of dispute with Defendant and potential FDCPA/FCCPA issues and claim | 11/10/15 | .8 |
| R. Hasanbasic | Research case law under the FCCPA to determine whether a cause of action can be maintained under Fla. Stat. 559.72(9) for collecting a debt within the 30 days of notifying a consumer that the debt had been placed with a collector for collection | 11/10/15 | .6 |
| R. Hasanbasic | Further conference with client to discuss the viability of various claims that may be asserted after researching same | 11/12/15 | .4 |
| R. Hasanbasic | Draft Complaint; review and revise same | 11/13/15 | 1.7 |
| R. Hasanbasic | Prepare Complaint, summons, and civil coversheet for filing | 11/16/15 | *No charge* |
| R. Hasanbasic | Review Court's Notice of Designation under Local Rule 3.05 and Case Management Notice | 11/23/15 | .1 |
| R. Hasanbasic | Prepare Notice of Pendency of Related Cases | 12/3/15 | *No charge* |
| R. Hasanbasic | Prepare Certificate of Interested Persons | 12/3/15 | .2 |
| R. Hasanbasic | Prepare Initial Disclosures | 12/17/15 | .3 |
| R. Hasanbasic | Review cases status to determine whether Defendant is in default | 12/28/15 | .1 |
| R. Hasanbasic | Draft Motion for Clerk's Default, review exhibits for same | 12/29/15 | .3 |
| R. Hasanbasic | Review Clerk's Entry of Default | 12/29/15 | .1 |
| R. Hasanbasic | Review and analysis of case law to develop legal authority for a judgment in Plaintiff's favor with regard to claims asserted under 15 U.S.C. 1692e and 1692e(10) | 12/30/15 | .7 |

| | | | |
|---|---|---|---|
| R. Hasanbasic | Review case law to develop supporting authority for a judgment on Plaintiff's claims under 15 U.S.C. 1692g | 12/30/15 | .6 |
| R. Hasanbasic | Begin to draft Plaintiff's Motion for Default Judgment | 12/31/15 | 1.2 |
| R. Hasanbasic | Further draft, revise and edit Plaintiff's Motion for Default Judgment | 1/4/16 | 2.3 |
| R. Hasanbasic | Prepare declaration in support of Plaintiff's Motion for Default Judgment | 1/4/16 | .2 |

## Attorneys' Fees:

| Attorney: | Attorney Time: | Hourly Rate: | Total Fee: |
|---|---|---|---|
| Ryan Hasanbasic | 9.6 | $275.00 | $2,640 |
| Paul Fowkes | 0.00 | $275.00 | $0.00 |

## Costs:

| Cost Description: | | Amount: |
|---|---|---|
| Filing Fee | | $400.00 |
| Service Fee | | $20.00 |
| | **TOTAL COSTS:** | **$420.00** |