UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM ASH, III,

    Plaintiff,

vs.                        Case No. 8:15-cv-2679-T-27JSS

NATIONAL CREDIT ADJUSTERS, LLC.,

    Defendant.
_____/

## DEFAULT JUDGMENT

**BEFORE THE COURT** is Plaintiff's Motion for Default Judgment (Dkt. 9). A default was entered by the Clerk on December 29, 2015 (Dkt. 8). Therefore, it is

**ORDERED AND ADJUDGED**:

1. Plaintiff's Motion for Default Judgment (Dkt. 9) is **GRANTED**;

2. Default judgment is entered in favor of Plaintiff against National Credit Adjusters, LLC., in the amount of $4,060.00[1], for which let execution issue.

3. The clerk is directed to close this case.

**DONE AND ORDERED** in chambers this 5th day of January, 2016.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record

---

[1] The $4,060.00 is comprised of (1) $1,000.00 in statutory damages under the FDCPA; (2) $2,640.00 in attorneys' fees; and (3) $420.00 in costs.